**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiff,

-vs-

Beneficial-Household Finance Corporation,

Defendant.

Civil Action No. 01-CV-422 PAM/JGL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed without prejudice.

Dated: Mar 21, 2001

Chief Judge Paul A. Magnuson
United States District Court



FILED MAR 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiff,

-vs-

Beneficial-Household Finance Corporation,

Defendant.

Civil Action No. 01-CV-422 PAM/JGL

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41, Subd. (a)(1) of the Fed. R. Civ. P., Plaintiffs Cheryl Ziemer and William Ziemer, Jr., through their undersigned attorney, hereby dismiss, without prejudice, any and all claims against Defendant Beneficial-Household Finance Corporation, in the above-entitled matter.

**DATED:** March 19th, 2001

**THOMAS J. LYONS & ASSOCIATES**

Thomas J. Lyons, Sr., Esq.
Attorney I.D. #: 65699
1560 Beam Avenue, Suite A
St. Paul, Minnesota 55109
Tel: (651) 770-9707
Fax: (651) 770-5830

**CONSUMER JUSTICE CENTER**
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
St. Paul, Minnesota 55109
Tel: (651) 770-9707
Fax: (651) 770-5830

Attorneys for Plaintiff